IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00786-1 JSW |
| Plaintiff, | **ORDER DENYING REQUEST FOR CONFIRMATION OF 28 U.S.C. § 2255 FILING DATE** |
| v. | |
| JOHNNY M. WILLIAMS, | |
| Defendant. | |

On August 13, 2012, Defendant, through counsel, filed a Request for Confirmation of 28 U.S.C. § 2255 Filing Date. In that request, Defendant asks this Court to "confirm" that Defendant's motion to vacate under Section 2255 will be timely if it is filed on or before December 14, 2012. The Court concludes Defendant's request is procedurally improper, in that it is a substantive request that should be addressed by way of a properly noticed motion, rather than an administrative request. Defendant also has not provided the Court with any authority that this is the type of request that can or should be addressed prior to filing a motion to vacate. *Cf. United States v. Kaczynski*, 551 F.3d 1120, 1124 (9th Cir. 2009) ("The Constitution empowers federal courts to hear actual cases and not render advisory opinions."). Therefore, the Court DENIES Defendant's request for clarification. If Defendant seeks to renew this request, he must do so by a properly noticed motion supported by legal authority.

**IT IS SO ORDERED.**

Dated: August 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE